# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SANAZ DERAKSHANI JAN, <br><br> Plaintiff, <br><br> v. <br><br> DONALD D. BARNES et al., <br><br> Defendants. | Case No. 8:26-cv-00257-ODW-DFM <br><br> Order Accepting Report and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that this action be dismissed without prejudice for failure to prosecute.

Date: June 8, 2026

_____
OTIS D. WRIGHT II
United States District Judge