JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

SANAZ DERAKSHANI JAN,

Plaintiff,

v.

DONALD D. BARNES et al.,

Defendants.

Case No. 8:26-cv-00257-ODW-DFM

JUDGMENT

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this lawsuit is dismissed without prejudice for failure to prosecute.

Date: June 8, 2026

_____
OTIS D. WRIGHT II
United States District Judge